

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00043-CV

Deborah A. **FERREL**,
and all other Occupants of 11603 Wood Harbor, San Antonio, TX 78249,
Appellants

v.

**CERBERUS SFR HOLDINGS L.P.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV06841
Honorable Richard Price, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED for want of prosecution. Costs of appeal are taxed against appellant.

SIGNED August 14, 2019.

_____
Liza A. Rodriguez, Justice